UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKADELLA TADASSE,<br><br>　　Plaintiff,<br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:25-cv-04329-SSC<br><br>~~[PROPOSED]~~ **JUDGMENT** |

　　The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 10, 2025　　　　_____
　　　　　　　　　　　　　　　　HON. STEPHANIE S. CHRISTENSEN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE